

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Billy Wayne Speights, Appellant

No. 06-12-00137-CR      v.

The State of Texas, Appellee

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 09F0006-102). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court finding Speights guilty of indecency with a child by exposure and render a judgment of acquittal with respect to that count. We affirm the trial courts remaining judgments.

We note that the appellant, Billy Wayne Speights, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH 26, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk